IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17CR00512 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| HERBERT SHAW, | ) | **MOTION TO CONTINUE** |
| | ) | |
| Defendant, | ) | |

Now comes the Defendant, HERBERT SHAW, by and through undersigned Counsel, Michael H. Peterson, and hereby respectfully request this Honorable Court continue the Final Pretrial hearing set for July 16th, 2019. Counsel has been in and out of the office, as he has been suffering from some medical issues and set backs. Counsel asks for this final continuance as he is trying to resolve this case with an intended plea, but needs more time to come to a agreement with all parties.

Said request is being made for good cause and not for purposes of delay.

Respectfully Submitted,

/s/ Michael H. Peterson
**MICHAEL H. PETERSON (0010599)**
Counsel for the Defendant
820 West Superior Ave., Suite 800
Cleveland, Ohio 44113
Telephone: (216) 771-1900
Facsimile: (216) 566-0738

## CERTIFICATE OF SERVICE

A true copy of the foregoing Motion to Continue has been delivered electronically on this 26th, day of July 2019 to United States Attorney via the Electronic Filing System.

/s/ Michael H. Peterson
**MICHAEL H. PETERSON**
Counsel for the Defendant